UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
MAY 20 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:26-CR-61-RGJ

18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
21 U.S.C. § 851
21 U.S.C. § 853

**JASVIR SINGH** (1, 4, 5, 6, 7, 8, 9, 11)
**THUTAM TRAN**, a/k/a TAMMY (1-7, 9)
**HARJINDER SINGH** (1, 7, 8, 9, 11)
**ANTWAN MILES** (1, 8)
**XAVIER TURNER** (1, 5, 10)
**SHAWNTEZ RAY** (1, 6, 11)
**OVELL PAYTON** (1, 6, 11)
**DAQUAN LOCKE** (1, 8)
**LUCKY THURMOND** (1, 10)

The Grand Jury charges:

COUNT 1
(*Conspiracy to Distribute Controlled Substances*)

Beginning on a date unknown to the Grand Jury, but at least as early as August 21, 2025 and continuing up to and through on or about May 20, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **JASVIR SINGH, THUTAM TRAN**, a/k/a TAMMY, **HARJINDER SINGH, ANTWAN MILES, XAVIER TURNER, SHAWNTEZ RAY, OVELL PAYTON, DAQUAN LOCKE,** and **LUCKY THURMOND**, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, and fifty (50) grams or more of methamphetamine, Schedule II controlled substances, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

The Grand Jury further charges:

COUNT 2
*(Distribution of Cocaine)*

On or about August 21, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **THUTAM TRAN**, a/k/a TAMMY**,** knowingly and intentionally distributed a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 3
*(Distribution of Cocaine)*

On or about September 3, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **THUTAM TRAN**, a/k/a TAMMY, knowingly and intentionally distributed a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 4
*(Distribution of Cocaine)*

On or about October 1, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **THUTAM TRAN**, a/k/a TAMMY, and **JASVIR SINGH,** aided and abetted by each

other and others, knowingly and intentionally distributed a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 5
*(Distribution of Cocaine)*

On or about October 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **THUTAM TRAN**, a/k/a TAMMY, **JASVIR SINGH,** and **XAVIER TURNER,** aided and abetted by each other and others, knowingly and intentionally distributed a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 6
*(Distribution of Cocaine)*

On or about November 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **THUTAM TRAN**, a/k/a TAMMY, **JASVIR SINGH, SHAWNTEZ RAY,** and **OVELL PAYTON** aided and abetted by each other and others, knowingly and intentionally distributed a

detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

COUNT 7
*(Distribution of Cocaine)*

On or about December 2, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **THUTAM TRAN**, a/k/a TAMMY, **HARJINDER SINGH,** and **JASVIR SINGH,** aided and abetted by each other and others, knowingly and intentionally distributed five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 8
*(Distribution of Cocaine)*

On or about December 16, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **JASVIR SINGH, HARJINDER SINGH, ANTWAN MILES,** and **DAQUAN LOCKE** aided and abetted by each other and others, knowingly and intentionally distributed five

hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 9
*(Distribution of Cocaine)*

On or about January 13, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **JASVIR SINGH, HARJINDER SINGH,** and **THUTAM TRAN**, a/k/a TAMMY, aided and abetted by each other and others, knowingly and intentionally distributed five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 10
*(Distribution of Methamphetamine)*

On or about March 11, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **XAVIER TURNER** and **LUCKY THURMOND**, aided and abetted by each other and others, knowingly and intentionally possessed with the intent to distribute fifty (50) grams or more

of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

COUNT 11
*(Distribution of Cocaine)*

On or about April 22, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, **JASVIR SINGH, HARJINDER SINGH, SHAWNTEZ RAY,** and **OVELL PAYTON** aided and abetted by each other and others, knowingly and intentionally distributed five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Section 841(a)(1) as charged in his Indictment, felonies punishable by imprisonment for more than one year, **JASVIR SINGH, THUTAM TRAN**, a/k/a TAMMY, **HARJINDER SINGH, ANTWAN MILES, XAVIER TURNER, SHAWNTEZ RAY, OVELL PAYTON, DAQUAN LOCKE,** and **LUCKY THURMOND**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants

obtained directly or indirectly, as a result of said offenses, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

A TRUE BILL.

[redacted]

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JRP:05-20-26

UNITED STATES OF AMERICA v. **JASVIR SINGH, THUTAM TRAN,** a/k/a TAMMY, **HARJINDER SINGH, ANTWAN MILES, XAVIER TURNER, SHAWNTEZ RAY, OVELL PAYTON, DAQUAN LOCKE, and LUCKY THURMOND**

## PENALTIES

| | |
|---|---|
| Counts 1 and 10: | NL 10 yrs./NM Life/NM $10,000,000/both/NL 5 yrs. Supervised Release (each count) |
| Counts 7-9, 11: | NL 5 yrs./NM 40 yrs./NM $5,000,000/both/NL 4 yrs. Supervised Release (each count) |
| Counts 2-6: | NM 20 yrs./$1,000,000/both/NM 3 yrs. Supervised Release (each count) |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.